**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rhonda Jennette BAYS, Defendant–**
**Appellant.**

**No. 09–16358**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 27, 2010.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

H. Kyle Fletcher, Oviedo, FL, for Defendant–Appellant.

Before TJOFLAT, EDMONDSON and BIRCH, Circuit Judges.

PER CURIAM:

Rhonda Jennette Bays waived indictment and pled guilty (without benefit of a plea agreement) to both counts of an information: Count One, production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e); Count Two, conspiracy to travel in interstate commerce for the purpose of engaging in illicit sexual conduct, in violation of 18 U.S.C. § 2423(b) and (e). The district court accepted Bays's guilty pleas and thus convicted Bays of both offenses, but it did not impose a separate sentence on each count. Instead, the court imposed one prison sentence "for a total term of 292 months."

We vacate the district court's judgment and sentence and remand the case with the instruction that the court impose separate sentences for Counts One and Two.

VACATED and REMANDED.